IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KINWEN LaMARROW STALLWORTH, AIS # 203660,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 10-0520-CG-C** |
| **MONROE COUNTY HOSPITAL, et al.,** : | |
| Defendants. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court. It is **ORDERED** that defendants Monroe County Jail, Monroe County Hospital, and Kilby Medical Staff be and are hereby **DISMISSED** with prejudice from this action, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) because the claims against them are frivolous.

**DONE and ORDERED** this 17th day of July, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE