IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIMWEN LaMARROW STALLWORTH, AIS # 11012126, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 10-0520-CG-C ) |
| THOMAS TATE, | ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendant Thomas Tate's motion for summary judgment is **GRANTED** and the claims presented by the Plaintiff are **DISMISSED** with prejudice.

**DONE and ORDERED** this 6th day of May, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE