**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **KIMWEN LaMARROW STALLWORTH,** ) | |
| **AIS # 11012126,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL ACTION NO. 10-0520-CG-C** |
| ) | |
| **THOMAS TATE,** ) | |
| ) | |
| **Defendant.** ) | |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Kimwen LaMarrow
Stallworth recover nothing and the claims made against Defendant Thomas Tate are hereby
**DISMISSED** with prejudice.

**DONE and ORDERED** this 6th day of May, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE